

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-18-00889-CR & 04-18-00890-CR

Sergio **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2015CR10879 & 2015CR10880
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED October 30, 2019.

_____
Beth Watkins, Justice